**EXHIBIT A**

1    Michelle R. Matheson  #019568
     MATHESON & MATHESON, P.L.C.
2    14358 N. Frank Lloyd Wright Blvd.
     Suite 11
3    Scottsdale, Arizona 85260
     (480) 889-8951
4    mmatheson@mathesonlegal.com

5    Attorney for Plaintiffs

6

7              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8                   IN AND FOR THE COUNTY OF MARICOPA

9

10   JOSE MIRANDA, et al.            )   Case No.:    CV2010-052390
                                     )
11           Plaintiffs,             )
                                     )
12   v.                             )
                                     )   **COLLECTIVE ACTION COMPLAINT**
13   JP MORGAN CHASE BANK, N.A.       )
                                     )   **(JURY TRIAL REQUESTED)**
14           Defendant.              )
                                     )
15                                    )
                                     )
16                                    )
                                     )
17                                    )
                                     )
18                                    )

19           Plaintiffs, in support of this Collective Action Complaint against Defendant JP

20   Morgan Chase Bank, N.A., allege as follows:

21           1.     Defendant is a National Bank Association registered to do business in the

22   State of Arizona.    At all times relevant to this action, Defendant was a covered

23   "employer" as defined under the FLSA.

24

25

                                       -1-

2.     This Court has jurisdiction and venue over the subject matter and the parties hereto pursuant to A.R.S. §12-123 and 12-401.

3.     Plaintiff Jose Miranda ("Miranda") is currently and at all times relevant to this action a resident of Maricopa County, Arizona.  Within the three year period prior to filing this action Miranda was employed as a full time non-exempt mortgage loan representative for Defendant in Scottsdale, Arizona.  At all times relevant to this lawsuit Miranda was assigned to Defendant's Spanish language mortgage consulting team ("the Spanish team").

4.     Plaintiff Alma V. Carranza ("Carranza") is currently and at all times relevant to this action a resident of Maricopa, County Arizona.  Within the three year period prior to filing this action Carranza was employed as a full time non-exempt mortgage loan representative for Defendant in Scottsdale, Arizona.  At all times relevant to this lawsuit Carranza was assigned to Defendant's Spanish language mortgage consulting team ("the Spanish team").

5.     Plaintiff Antonio Perez ("Perez") is currently and at all times relevant to this action a resident of Maricopa, County Arizona.  Within the three year period prior to filing this action Perez was employed as a full time non-exempt mortgage loan representative for Defendant in Scottsdale, Arizona.  At all times relevant to this lawsuit Perez was assigned to Defendant's Spanish language mortgage consulting team ("the Spanish team").

6.     Plaintiff Rigoberto Mendez ("Mendez") is currently and at all times relevant to this action a resident of Maricopa, County Arizona.  Within the three year

period prior to filing this action Mendez was employed as a full time non-exempt mortgage loan representative for Defendant in Scottsdale, Arizona.  At all times relevant to this lawsuit Mendez was assigned to Defendant's Spanish language mortgage consulting team ("the Spanish team").

7.     Plaintiff Wilfredo Alaya ("Alaya") is currently and at all times relevant to this action a resident of Maricopa, County Arizona.  Within the three year period prior to filing this action Alaya was employed as a full time non-exempt mortgage loan representative for Defendant in Scottsdale, Arizona.  At all times relevant to this lawsuit Alaya was assigned to Defendant's Spanish language mortgage consulting team ("the Spanish team").

8.     Plaintiffs bring this action against Defendant for unlawful failure to pay the full amount of overtime wages due them and others similarly situated in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (hereinafter "FLSA").  Plaintiffs seek to recover unpaid overtime compensation, liquidated damages, interest,  attorneys' fees and costs owed to Plaintiffs and all other similarly situated employees employed by, or formerly employed by, Defendant pursuant to the FLSA.

9.     Mortgage Loan Representatives employed on Defendant's Spanish team were paid differently than those working on English language teams.  For example, Spanish team members received a wage differential and a monthly base guarantee as part of their regular compensation rate.

10.     At all times during their employment, Plaintiffs were entitled to overtime compensation at the rate of one and one-half times their "regular rate" of pay for all hours worked in excess of 40 in any work week.

11.     On multiple occasions during their employment Plaintiffs worked in excess of 40 hours in a work week, but were not paid overtime at one and one half times their "regular rate" as that term is defined by the FLSA.  For example, the overtime rate paid to Plaintiffs failed to include the wage differential and monthly base guarantee when calculating the applicable regular and overtime rates of pay.

12.     As a result, Plaintiffs did not receive the full amount of overtime compensation due them.  Defendant's pay practice violates the FLSA.

13.     Defendant intentionally, willfully and improperly failed to pay overtime at the statutory rate to Plaintiffs and other current and former Spanish team employees, during or at the conclusion of their employment, in violation of the FLSA.

14.     Plaintiffs intend to request the Court to authorize notice to all such persons informing them of the pendency of the action and their right to "opt-into" this lawsuit pursuant to 29 U.S.C. § 216(b).  However, in the event that collective action certification is denied, common questions of law and fact will arise in the action, making permissive joinder of all named Plaintiffs and any additional individuals filing a consent to opt-in appropriate pursuant to Az. R. Civ. P. 20(a).  Copies of consent to participate in this action by the named Plaintiffs are attached as Exhibit 1 to this Complaint.

**COUNT ONE**

**(Failure to Properly Pay Overtime Wages in Violation of the FLSA)**

-4-

15.     Plaintiffs incorporate by reference the allegations above.

16.     At all times pertinent to this Complaint, Plaintiffs were nonexempt employees paid on an hourly basis.

17.     At all times pertinent to this Complaint, Defendant failed to comply with Title 29 U.S.C. §§ 201-219 in that Plaintiffs worked in excess of 40 hours per week, but were not paid for those excess hours at the rate of one and one-half times their respective regular rates of pay as required by the FLSA.

18.     Defendant's failure to pay overtime to Plaintiffs was willful.  Defendant did not act in good faith in failing to pay appropriate overtime compensation due.

19.     Plaintiffs have suffered economic damages as a result of Defendant's unlawful compensation practice and are entitled to statutory remedies provided pursuant to 29 U.S.C. § 216(b), including but not limited to, unpaid overtime compensation, liquidated damages, pre and post judgment interest, attorneys' fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand trial of their claims by jury to the extent authorized by law.

## REQUESTED RELIEF

WHEREFORE, Plaintiffs request:

A.     For the Court to declare and find that the Defendant committed one or more of the following acts:

      i.     violated overtime provisions of the FLSA; and

      ii.     willfully violated overtime provisions of the FLSA;

B.     For the Court to award damages, including liquidated damages pursuant to 29 U.S.C. § 216(b);

C.     For the Court to award Plaintiffs their reasonable attorneys' fees and costs;

D.     For the Court to award pre-judgment interest on all compensation due, accruing from the date such amounts were due, and post-judgment interest; and

E.     For the Court to award such other monetary, injunctive, equitable and declaratory relief as the Court deems just and proper.

Dated this 15th day of July, 2010.

Michelle R. Matheson  #019568
MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
(480) 889-8951
Attorney for Plaintiffs

ORIGINAL of the foregoing filed this
15th day of July, 2010, with Clerk of the Court

-6-

# EXHIBIT 1

MICHAEL K. JEANES, CLERK
RECEIVED CCC #4
NIGHT DEPOSITORY

10 JUL 15 PM 8: 12

Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiffs

SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

| | |
|---|---|
| JOSE MIRANDA, et al. | Case No.: |
| Plaintiffs, | |
| v. | **CONSENT TO BECOME A PARTY PLAINTIFF** |
| JP MORGAN CHASE, NATIONAL ASSOCIATION. | |
| Defendants. | |

Comes now, Alma V. Carranza, pursuant to 29 U.S.C. § 216(b) and files this consent to become a party plaintiff in the above-styled lawsuit.

I hereby consent to be a party plaintiff in this lawsuit and specifically authorize counsel of record to represent me and all those similarly situated.

_____
ALMA V. CARRANZA

_____
7-12-10
Date

-1-

1   Michelle R. Matheson  #019568
    MATHESON & MATHESON, P.L.C.
2   14358 N. Frank Lloyd Wright Blvd.
    Suite 11
3   Scottsdale, Arizona 85260
    (480) 889-8951
4   mmatheson@mathesonlegal.com
    Attorney for Plaintiffs
5

6                SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

7

8   JOSE MIRANDA, et al.                    )  Case No.:
                                            )
9            Plaintiff,                      )
                                            )
10  v.                                      )  **CONSENT TO BECOME A PARTY**
                                            )  **PLAINTIFF**
11  JP MORGAN CHASE, NATIONAL               )
    ASSOCIATION.                            )
12                                          )
                                            )
13           Defendants.                     )
                                            )
14  _____        )

15          Comes now, Rigoberto Mendez, pursuant to 29 U.S.C. § 216(b) and files this

16  consent to become a party plaintiff in the above-styled lawsuit.

17          I hereby consent to be a party plaintiff in this lawsuit and specifically authorize

18  counsel of record to represent me and all those similarly situated.

19

20

21          _____
            RIGOBERTO MENDEZ
22

23          _____
24          Date   1/3/2010

25

                                    -1-

1  Michelle R. Matheson  #019568
   MATHESON & MATHESON, P.L.C.
2  14358 N. Frank Lloyd Wright Blvd.
   Suite 11
3  Scottsdale, Arizona 85260
   (480) 889-8951
4  mmatheson@mathesonlegal.com
   Attorney for Plaintiffs
5

6            SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

7

8  JOSE MIRANDA, et al.               )   Case No.:
                                      )
9          Plaintiff,                 )
                                      )
10 v.                                 )   **CONSENT TO BECOME A PARTY**
                                      )   **PLAINTIFF**
11 JP MORGAN CHASE, NATIONAL          )
   ASSOCIATION.                       )
12                                    )
                                      )
13         Defendants.                )
                                      )
14  _____)

15         Comes now, Wilfredo Ayala, pursuant to 29 U.S.C. § 216(b) and files this consent

16 to become a party plaintiff in the above-styled lawsuit.

17         I hereby consent to be a party plaintiff in this lawsuit and specifically authorize

18 counsel of record to represent me and all those similarly situated.

19

20

21         _____
           WILFREDO AYALA
22

23         _____
           7/3/10
24         Date

25

                                      -1-

1
Michelle R. Matheson  #019568
MATHESON & MATHESON, P.L.C.
2
14358 N. Frank Lloyd Wright Blvd.
Suite 11
3
Scottsdale, Arizona 85260
(480) 889-8951
4
mmatheson@mathesonlegal.com
Attorney for Plaintiffs
5

6
SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

7

JOSE MIRANDA, et al.                    )    Case No.:
8                                        )
                                         )
9        Plaintiff,                      )
                                         )    **CONSENT TO BECOME A PARTY**
10   v.                                  )    **PLAINTIFF**
                                         )
11   JP MORGAN CHASE, NATIONAL           )
     ASSOCIATION.                        )
12                                       )
                                         )
13       Defendants.                     )
                                         )
14   _____)

15       Comes now, Jose Miranda, pursuant to 29 U.S.C. § 216(b) and files this consent to

16   become a party plaintiff in the above-styled lawsuit.

17       I hereby consent to be a party plaintiff in this lawsuit and specifically authorize

18   counsel of record to represent me and all those similarly situated.

19

20

21   _____
     JOSE MIRANDA
22

23   _____
     7 · 3 · 10
24   Date

25

-1-

1 | Michelle R. Matheson  #019568
MATHESON & MATHESON, P.L.C.
2 | 14358 N. Frank Lloyd Wright Blvd.
Suite 11
3 | Scottsdale, Arizona 85260
(480) 889-8951
4 | mmatheson@mathesonlegal.com
Attorney for Plaintiffs
5 |

MICHAEL K. JEANES, CLERK
RECEIVED CCC #4
NIGHT DEPOSITORY

10 JUL 15  PM 8: 12

**FILED**
BY _____ **DEP.**

6 |          SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

7 |

8 | JOSE MIRANDA, et al.            )  Case No.:
                                   )
9 |          Plaintiff,            )          CV2010-052390
                                   )
10 | v.                            )  **CONSENT TO BECOME A PARTY**
                                   )  **PLAINTIFF**
11 | JP MORGAN CHASE, NATIONAL      )
ASSOCIATION.                       )
12 |                               )
                                   )
13 |          Defendants.          )
                                   )
14 |                               )

15 |      Comes now, Antonio Perez, pursuant to 29 U.S.C. § 216(b) and files this consent

16 | to become a party plaintiff in the above-styled lawsuit.

17 |      I hereby consent to be a party plaintiff in this lawsuit and specifically authorize

18 | counsel of record to represent me and all those similarly situated.

19 |

20 |

21 |                                   _____
                                        ANTONIO PEREZ
22 |

23 |

24 |                                   7-13-10
                                        _____
25 |                                   Date

-1-

MICHAEL K. JEANES, CLERK
BY _____ DEP
FILED

10 JUL 20  PM 4: 07

1   Michelle R. Matheson  #019568
    MATHESON & MATHESON, P.L.C.
2   14358 N. Frank Lloyd Wright Blvd.
    Suite 11
3   Scottsdale, Arizona 85260
    (480) 889-8951
4   mmatheson@mathesonlegal.com
    Attorney for Plaintiffs
5

6              SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

7

8   JOSE MIRANDA, et al.                )   Case No.: CV2010-052390
                                         )
9            Plaintiff,                  )
                                         )
10  v.                                   )   **CERTIFICATE REGARDING**
                                         )   **COMPULSORY ARBITRATION**
11  JP MORGAN CHASE, NATIONAL            )
    ASSOCIATION.                         )
12                                       )
                                         )
13           Defendants.                 )
                                         )
14                                       )

15

16          The undersigned certifies that they know the dollar limits and any other limitations

17  set forth by the local rules of practice for the applicable superior court, and further

18  certifies that this case is not within the jurisdictional limit for compulsory arbitration and

19  is not subject to compulsory arbitration, as provided by Rules 72 through 76 of the

20  Arizona Rules of Civil Procedure.

21

22  / / /

23  / / /

24  / / /

25

                                     -1-

DATED this _19_ th day of July, 2010.

Michelle R. Matheson  #019568
MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
(480) 889-8951
Attorney for Plaintiffs

ORIGINAL of the foregoing filed
this _20__ day of July, 2010, and COPY to:

Arbitration Department
Maricopa County Superior Court

-2-

MICHAEL K. JEANES, CLERK
RECEIVED CCC #6
DOCUMENT DEPOSITORY

E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081  FAX: (602) 258-8864

10 JUL 27  PM 3: 30

CLIENT FILE NO.
MIRANDA, ET AL.

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF MARICOPA

FILED BY: _S Hall_

**JOSE MIRANDA, ET AL.**
                VS
**JPMORGAN CHASE, NATIONAL ASSOCIATION**

CASE NO. CV2010-052390

---

STATE OF ARIZONA                    )
PINAL COUNTY                        )

AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in
PINAL COUNTY and an Officer of the Court.  On 07/22/10 I received the SUMMONS;
COLLECTIVE ACTION COMPLAINT; EXHIBIT 1; CERTIFICATE REGARDING COMPULSORY
ARBITRATION; PLAINTIFFS' FIRST SET OF NON-UNIFORM INTERROGATORIES; PLAINTIFFS'
FIRST SET OF NON-UNIFORM INTERROGATORIES; PLAINTIFFS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS; PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

from MATHESON & MATHESON, P.L.C. and by MICHELLE R. MATHESON in each instance I
personally served a copy of each document listed above upon:
JPMORGAN CHASE, NATIONAL ASSOCIATION, BY SERVICE UPON ITS STATUTORY AGENT, C.T.
CORPORATION SYSTEMS on 07/22/10 at 11:30 am at 2394 E. CAMELBACK RD. PHOENIX, AZ
85016 MARICOPA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with GAIL FLOCK, CLERK, STATED
AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 60 yrs. of age, 5' 4" tall, Weighing 250lbs.,
BROWN Eyes, GRAY Hair,

CHAD AUSTIN BARBER                        Affiant
Sworn to before me the  Jul 23, 2010

Denise M. Corral                          Notary

My Commission expires:  05/31/2014

SERVICE OF PROCESS $    16.00
MILES        8 $    19.20
SERVICE CHARGE         $     6.50
AFFIDAVIT PREP/NOTARY $    10.00
TOTAL $    51.70

1951128 15866 15
ORIGINAL

AX021951128



**OFFICIAL SEAL**
**DENISE M. CORRAL**
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. May 31, 2014

**EXHIBIT B**

1    JACKSON LEWIS LLP
     JUSTIN S. PIERCE (SBN 022646)
2    JEFFREY W. TOPPEL (SBN 022065)
     2390 East Camelback Road, Suite 305
3    Phoenix, AZ 85016
     Tel:   602.714.7044
4    Fax:   602.714.7045
     E-mail: piercej@jacksonlewis.com
5             toppelj@jacksonlewis.com

6    MORGAN, LEWIS & BOCKIUS LLP
     BARBARA J. MILLER, SBN 167223
7    (Pro hac vice motion to be filed)
     JENNIFER L. BRADFORD, SBN 203871
8    JONATHAN C. ARNETT, SBN 255135
     5 Park Plaza, Suite 1750
9    Irvine, CA 92614
     Tel: 949.399.7000
10   Fax: 949.399.7001
     E-mail: barbara.miller@morganlewis.com
11            jbradford@morganlewis.com
            jarnett@morganlewis.com
12

13   Attorneys for Defendant
     JPMORGAN CHASE BANK, N.A.

14

                **ARIZONA SUPERIOR COURT**
15
                  **MARICOPA COUNTY**
16

17   JOSE MIRANDA, et al.,           Case No. CV2010-052390

18             Plaintiffs,      **DEFENDANT JPMORGAN CHASE BANK, N.A.'s NOTICE TO**
                                  **PLAINTIFFS AND TO THE**
19        vs.                     **SUPERIOR COURT OF ARIZONA**
     JPMORGAN CHASE BANK, N.A.,    **OF REMOVAL OF ACTION TO**
20                                       **FEDERAL COURT**
            Defendant.
21                               [28 U.S.C. § 1446(d)]

22

23

24

25

26

27

28

DB2/21854959.1

─────────────────────────────────────────────

DEFENDANT'S NOTICE TO PLAINTIFFS AND TO THE SUPERIOR COURT OF REMOVAL

1
2

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

3
4
5
6
7

     **PLEASE TAKE NOTICE** that on August 17, 2010, Defendant JPMorgan Chase Bank, N.A. filed a Notice of Removal of the above-captioned action in the United States District Court for the District of Arizona.  A true and correct copy of the Notice of Removal, along with all exhibits and attachments, is attached to this notice as Exhibit 1 and is filed and served herewith.

8
9
10
11
12

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court for the District of Arizona, together with the service and filing of a copy of that Notice with this Court, effects the removal of this matter and this Court may proceed no further unless and until this case is remanded.

13
14
15

Dated:  August 17,  2010

JACKSON LEWIS LLP
JEFFREY W. TOPPEL

16
17
18
19

By /s/Jeffrey W. Toppel
     Jeffrey W. Toppel
     Attorneys for Defendant
     JPMORGAN CHASE BANK, N.A.

20
21
22

I certify that this document was e-filed on August 17, 2010,
and a copy was mailed to:

23
24

Michelle Ray Matheson
Matheson & Matheson
14358 N. Frank Lloyd Wright Blvd., Suite 11
Scottsdale, AZ  85260

25

     /s/Debbie Mattatall

26
27

4824-9453-5687, v. 1

28

DB2/21854959.1

1

DEFENDANT'S NOTICE TO PLAINTIFFS AND TO THE SUPERIOR COURT OF REMOVAL